# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
APR 25 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Noe Ramos | Case No. 12CR00013 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Noe Ramos_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following condition:
The defendant shall participate in a cognitive behavioral treatment program, as directed by the Pretrial Services officer. Such program may include group sessions led by a counselor or participation in a program administered by the Pretrial Services officer.

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  04.23.12         _____  4-23-12
Signature of Defendant    Date            Pretrial Services Officer   Date
Noe Ramos                                 Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                    4-25-12
Signature of Assistant United States Attorney    Date
Kimberly A. Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    4-23-12
Signature of Defense Counsel             Date
Steven L. Crawford

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on    4/25/12
☐ The above modification of conditions of release is *not* ordered.

_____                    4/25/12
Signature of Judicial Officer            Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services