Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Tel:805-458-6312
Fax:805-489-2001
slcrawfordlaw@gmail.com
stevecrawfordlaw.com

Attorney for Defendant  NOE RAMOS

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-CR-00013 AWI |
| | ) | |
| Petitioner, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING; ORDER |
| vs. | ) | |
| | ) | |
| NOE RAMOS, | ) | Original Date:   July 30, 2012 |
| | ) | Requested Date:  January 28, 2013 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties that the sentencing in the above entitled  case be continued from the original date of July 30, 2012 at 10:00 am to a new date of January 28, 2013 at 10:00 am. The basis for this stipulation is that the pretrial officer has requested this continuance so the defendant can complete his MRT (Moral Recognition Therapy) which is scheduled for completion in the middle of January 2013. In addition, Mr. Ramos is currently enrolled in the

Stipulation to continue sentencing hearing
United States of America v. NOE RAMOS
Page 1

Community College in Fresno for the fall semester which he will complete in December 2012. All parties agree that this is the best way to proceed and to make sure Mr. Ramos gets all he can from he treatment and pretrial programming.

DATED: July 23, 2012

                                            /s/
                            KIM SANCHEZ
                            AUSA

                                            /s/
                            STEVEN L. CRAWFORD
                            Attorney for NOE RAMOS

IT IS SO ORDERED.

Dated: July 23, 2012                                /s/
                            CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to continue sentencing hearing
United States of America v. NOE RAMOS
Page 2