UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Noe Ramos**<br>**Docket Number:  0972 1:12CR00013-002**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Noe Ramos is requesting permission to travel to Mexico to visit family.  He will be accompanied by his mother and several siblings.  He is employed full time, attending school, and current with all supervision obligations.  Approval is recommended by the undersigned.

**Conviction and Sentencing Date:**  On January 28, 2013, Noe Ramos was sentenced for the offense(s) of 18 U.S.C. § 2 and 922(o), Possession of a Machine Gun.

**Sentence Imposed:**   13.5 months imprisonment; 36 months supervised release; $100 special assessment; mandatory drug testing.

**Dates and Mode of Travel:**  June 17, 2015, through July 3, 2015. Travel via airplane.

**Purpose:**  To visit family.

**RE:**  Noe Ramos
Docket Number:  0972 1:12CR00013-002
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Ross Micheli

Ross Micheli
**United States Probation Officer**

Dated:  March 20, 2015
Fresno, California
RM

/s/ Tim Mechem
**REVIEWED BY:**  **Tim Mechem**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved   ☐   Disapproved

IT IS SO ORDERED.

Dated:  March 24, 2015                                    _____
SENIOR DISTRICT JUDGE

2