UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California | **RE:** Noe Ramos<br>Docket Number:  1:12CR00013-002<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Noe Ramos is requesting permission to travel to Temoris, Chihuahua, Mexico. Noe Ramos is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On January 28, 2013, Noe Ramos was sentenced in our district for the offense of Possession of a Machine Gun, a Class C Felony.

**Sentence Imposed:**   13 ½ months Bureau of Prisons, 36 months term of supervised release, $100 special assessment fee, and mandatory drug testing. Special conditions: Search, Drug/alcohol treatment, Drug/alcohol testing, Alcohol restriction, Co-payment plan, and Employment/community service hours.

**Dates and Mode of Travel:**  Traveling by air on June 7, 2016 to July 8, 2016.

**Purpose:**  To visit family members.

**RE:**     **Ramos, Noe**
         **Docket Number: 1:12CR00013-002**
         **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Marlene K. DeOrian

Marlene K. DeOrian
Sr. United States Probation Officer

Dated:    April 14, 2016
         Fresno, California
         MKD

/s/ Tim D. Mechem

**REVIEWED BY:**     **Timothy D. Mechem**
                           **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒     Approved     ☐     Disapproved

IT IS SO ORDERED.

Dated:    April 19, 2016

SENIOR DISTRICT JUDGE